JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH SMITH, | Case No. CV 20-10513 MCS (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES POLICE 77TH DEPT., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED: November 24, 2020

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE